IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TIMOTHY DALLAS,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1536

_____/

Opinion filed September 25, 2017.

An appeal from the Circuit Court for Alachua County.
David P. Kreider, Judge.

Andy Thomas, Public Defender, Mark Graham Hanson, Assistant Public Defender, for Appellant.

Pamela Jo Bondi, Attorney General, for Appellee.

PER CURIAM.

     AFFIRMED.

WETHERELL, RAY, and MAKAR, JJ., CONCUR.